UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CHARLES CHOU, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CHARLES SCHWAB & CO., INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-06189-LB<br><br>**JUDGMENT** |

On March 22, 2022, the court granted the defendant's Motion to Dismiss the plaintiffs' Second Amended Complaint. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendant and against the plaintiffs. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 22, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

JUDGMENT – No. 21-cv-06189-LB