Robert S. Green (State Bar No. 136183)
**GREEN & NOBLIN, P.C.**
1 Blackfield Drive, Suite 360
Tiburon, CA 94920
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

William B. Federman
Molly E. Brantley
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
-and-
2926 Maple Ave., Ste. 200
Dallas, TX 75201
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: wbf@federmanlaw.com

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHOU and DAVID WONG, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLES SCHWAB & CO., INC. AND DOES 1-10,<br><br>Defendants. | Case No.: 3:21-cv-06189-LB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

1 | PLEASE TAKE NOTICE that Robert S. Green of Green & Noblin, P.C., hereby withdraws as attorney for Plaintiff, David Wong. The claims of Mr. Wong were dismissed and the action terminated on March 22, 2022 and the Mandate of the Ninth Circuit upholding the dismissal was filed July 17, 2023. Mr. Green and Green & Noblin, P.C. continue to be identified as counsel of record in the electronic filing system and wish to be removed as we no longer represent Mr. Wong. A copy of this Notice was sent to Mr. Wong prior to filing.

DATED: June 25, 2024

**GREEN & NOBLIN, P.C.**

By:   /s/ Robert S. Green
      Robert S. Green

1 Blackfield Drive, Suite 360
Tiburon, CA 94920
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

William B. Federman
Molly E. Brantley
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
-and-
2926 Maple Ave., Ste. 200
Dallas, TX 75201
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: wbf@federmanlaw.com

*Attorneys for Plaintiffs and the Putative Class*

-1-

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 3:21-cv-06189-LB

00131435.000